rari to the Circuit Court of Appeals for the Ninth Circuit denied. *Acting Solicitor General Washington* for the United States. *Ralph W. Bilby* for respondent. ▮

No. 852. MATHER *v.* COMMISSIONER OF INTERNAL REVENUE. February 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Donald F. Melhorn* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Harry Marselli* for respondent. ▮

No. 855. DETWEILER BROS., INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. February 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Harry Benoit* for petitioner. *Acting Solicitor General Washington* and *William S. Tyson* for respondent. ▮

No. 825. LADD ET AL. *v.* BRICKLEY, TRUSTEE, ET AL. February 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Howell Van Auken* for petitioners. *Acting Solicitor General Washington, Roger S. Foster, Robert S. Rubin* and *Alexander Cohen* for the Securities & Exchange Commission; *Bartholomew A. Brickley, Samuel Hoar* and *Frank B. Wallis* for Brickley, Trustee; *Archibald Palmer* for Howard; *John L. Hall* and *John W. Davis* for the International Paper Co., and *Joseph Nemerov* for Kresberg et al., respondents. ▮